closed

FILED
CLERK, U.S. DISTRICT COURT

OCT 4, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Nicholas Hopewell,

    Plaintiff,

v.

Mason Ngo et al,

    Defendant.

2:18-cv-06610-VAP-JEMx

# JUDGMENT

Pursuant to the Order Dismissing the Case for Failure to Serve, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   10/4/19

                                    Virginia A. Phillips
                                  Chief United States District Judge